IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| TARA "Z" OLIVER, | Case No. C-1-02-421 |
| Plaintiff, | Judge Beckwith |
| vs. | (Magistrate Judge Hogan) |
| UNITED DAIRY FARMERS, *et al.*, | **CLARIFICATION OF TIME WITHIN WHICH DEFENDANTS MUST REPLY TO "PLAINTIFF'S MOTION AGAINST SUMMARY JUDGMENT"** |
| Defendants. | |

Pursuant to Local Rule 6.1(b), Defendants, in an abundance of caution, request that they be permitted to file their Reply to "Plaintiff's Motion Against Summary Judgment" on or before September 5, 2003. The Certificate of Service on Plaintiff's Motion is dated August 19, 2003, but Defendants' counsel did not receive it until August 25, 2003. Pursuant to Local Rule 7.2(2), reply memoranda are to be served within 11 days after service of opposition memoranda. In this case, 11 days after service of Plaintiff's "Motion" would be September 5, 2003. Defendants have not requested any extensions of time within which to file their Reply. Defendants' counsel has attempted to contact Plaintiff on several occasions to obtain her consent hereto, but has been unsuccessful.

Respectfully submitted,

Jerry S. Sallee (0013303)
DINSMORE & SHOHL LLP
1900 Chemed Center
255 East Fifth Street
Cincinnati, OH 45202
(513) 977-8378 (phone)
(513) 977-8141 (fax)

Trial Attorney for Defendants

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Motion was served by regular United States mail on Plaintiff, Tara "Z" Oliver, 6750 Bramble Avenue #17, Cincinnati, Ohio, 45227, this 2d day of September, 2003.

                                                Jerry S. Sallee (0013303)

937773.1