

U.S. Postal Service
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

7001 2510 0000 6347 8903

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

C-1-02-421
Granting
Doc. 32
notation
Order

Sent To: Tara Z Olliver
Street, Apt. No.; or PO Box No.: 6750 Bramble Ave #17
City, State, ZIP+4: Cinti, OH 45227