**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Tara Z Olliver
6750 Bramble Ave
#17
Cinti, OH 45227

C-1-02-421  Doc 32

2. Article Number
(Transfer from service label)

7001 2510 0008 6347 8903

PS Form 3811, August 2001    SSB    Domestic Return Receipt    102595-02-M-0835

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  Larry Oliver    ☒ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
Larry Oliver    9-6-3

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

[CINCINNATI OH postmark]

Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes