| COMPLETE THIS SECTION ON DELIVERY | |
|---|---|
| A. Signature<br>X ?-?- | ☐ Agent<br>☒ Addressee |
| B. Received by (Printed Name)<br>Olliver | C. Date of Delivery<br>1/29/04 |
| D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☒ No | |

3. Service Type
   ☒ Certified Mail  ☐ Express Mail
   ☐ Registered     ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Tara Z Olliver
   6750 Bramble Avenue
   #17
   Cincinnati, OH 45227

2. Article Number
   (Transfer from service label)
   7003 1680 0000 0330 4801
   02-421 (Doc 36) SSB

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540