**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI**

Tara "Z" Oliver,
    Plaintiff

-vs-                                    Case No.   1:02-cv-421

United Dairy Farmers, et al.,
    Defendants

# JUDGMENT

| | **Jury Verdict.** | This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict. |
|---|---|---|
| **X** | **Decision by Court.** | This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. |

**IT IS ORDERED AND ADJUDGED that** the Report & Recommendation of the Magistrate Judge is **ADOPTED**. Defendants' motion for summary judgment is **GRANTED**. This case is closed.

Date:  March 8, 2004                                          James Bonini, Clerk

                                                                            By:  s/Mary C. Brown
                                                                                  Mary C. Brown, Deputy Clerk